IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JAMES SIKOSKI | ) |
| | ) |
| v. | ) NO. 3:05-0641 |
| | ) JUDGE CAMPBELL |
| EATON LEONARD USA | ) |

ORDER

Pending before the Court is Defendant's Motion to Dismiss (Docket No. 8). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is DISMISSED. This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Todd Campbell*

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE